UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR O. ARMSTRONG,<br>    Plaintiff,<br><br>V.<br><br>NORTH CAROLINA, ROY COOPER,<br>MICHAEL P. DAVIDSON, B.K. JONES,<br>J. E. MOORE, BATTS, BATTS & BELL, L.L.P.,<br>MICHAEL R. SMITH, NASH COUNTY,<br>SUMNER T. SUMNER, ALMA L. HINTON,<br>ROBERT, A. EVANS, CLARE MEDDLE,<br>W. L. EVERETT, JR., E.M. McCAULEY,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:15-CV-602-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES the action as repetitious and frivolous, DENIES AS MOOT the pending motions [D.E. 7, 21], and DENIES Armstrong's "motion for request of $2,450.00 pursuant to pre-filing of the Federal Rules of Civil Procedure" [D.E. 23]. In accordance with the superseding permanent injunction, the court determines that an appeal of this order would be frivolous. The clerk shall close the case.

**This Judgment Filed and Entered on July 18, 2016, and Copies To:**

| | |
|---|---|
| Arthur Orlandus Armstrong | 8113 Pleasant Hill Road, Elm City, NC 27822 via US Mail |
| Tammera Sudderth Hill | (via CM/ECF Notice of Electronic Filing) |
| Kathryn H. Shields | (via CM/ECF Notice of Electronic Filing) |
| Michael R. Smith, Jr. | (via CM/ECF Notice of Electronic Filing) |

DATE:                               JULIE RICHARDS JOHNSTON, CLERK

July 18, 2016          (By) /s/ Nicole Briggeman
                                       Deputy Clerk